UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY MULLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-2332 DB<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　This action was initiated after plaintiff's claims were severed from two other plaintiffs also proceeding pro se.  Plaintiffs' claims arise from his son's pretrial detainment at the Sacramento County Jail.

　　　　By order dated November 23, 2020, plaintiff was directed to file an amended complaint and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed.   (ECF No. 2.)  Those thirty days have passed, and plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, or otherwise responded to the court's order.  Therefore, the court will recommend that this action be dismissed for failure to prosecute and failure to comply with court orders.

　　　　Accordingly, the Clerk of the Court is ORDERED to randomly assign this action to a district judge.

////

1

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 5, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/dai0735.f&rs

2